```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 04 B 39125
    KATHRYN L MONTGOMERY
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER


         Debtor
    SSN XXX-XX-3988

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 10/21/2004 and was confirmed 12/15/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
  creditors  14.22%.

      The case was paid in full 11/10/2008.
--------------------------------------------------------------------------------
  CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
  LORD & TAYLOR              UNSECURED          840.69          .00          119.52
  AMERICREDIT FINANCIAL SV   SECURED          10345.00         1544.18     10345.00
  AMERICREDIT FINANCIAL SV   UNSECURED         4024.49          .00          572.16
  AMERICREDIT                NOTICE ONLY     NOT FILED          .00             .00
  ASSET ACCEPTANCE           UNSECURED         3903.12          .00          554.91
  MC MAHON & SIGUNICK        NOTICE ONLY     NOT FILED          .00             .00
  PREMIER BANCARD CHARTER    UNSECURED OTH     379.98           .00           53.99
  ECAST SETTLEMENT CORP      UNSECURED          669.91          .00           95.24
  TARGET STORES              UNSECURED       NOT FILED          .00             .00
  WOMENS WORKOUT WORLD       UNSECURED       NOT FILED          .00             .00
  ASSET ACCEPTANCE CORP      UNSECURED          674.46          .00           95.89
  TIMOTHY K LIOU             DEBTOR ATTY      2,369.40                      2,369.40
  TOM VAUGHN                 TRUSTEE                                        1,002.03
  DEBTOR REFUND              REFUND                                           161.08

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
  TRUSTEE              16,913.40

  PRIORITY                                          .00
  SECURED                                     10,345.00
      INTEREST                                 1,544.18
  UNSECURED                                    1,491.71
  ADMINISTRATIVE                               2,369.40
  TRUSTEE COMPENSATION                         1,002.03
  DEBTOR REFUND                                  161.08
                       --------------        --------------
  TOTALS               16,913.40              16,913.40
```

PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 39125 KATHRYN L MONTGOMERY

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                                /s/ Tom Vaughn

Dated: 02/26/09                            _____
                                                         TOM VAUGHN
                                                         CHAPTER 13 TRUSTEE